*Phenix vs. Magdalene, 1744*

At a Court of Vice Admiralty held at Newport on Saturday the 11th Aug<sup>t</sup> 1744, in Order to take the Preparatory Examination.

Before the Hon<sup>ble</sup> Leon<sup>d</sup> Lockman Esq<sup>r</sup> Judge

M<sup>r</sup> Peter Marshall first Leiu<sup>t</sup> of the Sloop the Phenix whereof W<sup>m</sup> Bennetland is Master. On Oath in Court gave Answers to these Questions

*Ques<sup>t</sup>* 1st When and Where and by whom was the Schooner taken brought into this Port by you as Prize

*Ans<sup>r</sup>* On or about the 27th day of July last in the Latt: 44 N: Long. 54. by Cap<sup>t</sup> W<sup>m</sup> Bennetland in the sloop Phenix

*Ques<sup>t</sup>* How many Persons were there on board the s<sup>d</sup> Schooner at the time of Capture and of what Nation were they

*Ans<sup>r</sup>* Eleven all french

*Ques<sup>t</sup>* Are the Papers now Produced in Court all that were found on board at the time of Capture without any fraud Subduction Addition or Embezelment

*Ans<sup>r</sup>* They are all that I know off.

Peter Marshall

W<sup>m</sup> Strengthfield was Sworn french Interpreter

Auger Lauga late Master of the Schooner the Magdalene bro<sup>t</sup> into this Port by Leiu<sup>t</sup> Marshall as afores<sup>d</sup> on Oath in Court gave Answers to these Quest<sup>ns</sup>

*Ques<sup>t</sup>* 1st When and where and how and by whom were you taken in the Schooner Magdalene and how long have you known her declare all that you know.

*Ans<sup>r</sup>* on the 7th day of Aug<sup>t</sup> N. S. to the Southward of Cape Briton about 40 Leagues, by Cap<sup>t</sup> Bennetland without making any resistance and have known her about A year

*Q<sup>t</sup>* Where was you bound.

*An<sup>r</sup>* to S<sup>t</sup> Pierre at Martinico

*Ques<sup>t</sup>* 2<sup>d</sup> To whom did the Schooner belong ever since you knew her

*Ans<sup>r</sup>* To Mess<sup>rs</sup> Lariviere Mervin and Joseph Closel all Subjects of the french King one an Inhabitant of S<sup>t</sup> Malo the Other of Martinico

*Quest*  What does her Cargo Consist of now on board and to whom does it belong

*Ans^r*  Salt fish A Barr^l Salmon. Plank and Seven anchors train oyl. which all belonged to the Owners of s^d Schooner.

Auger  Lauga

Phelix Ducamp A Mariner on board s^d Vessel on Oath in Court gave Ans^rs to these Quest^ns

*Quest* 1st  How long have you known the Schooner bro^t into this Port by Lieu^t Marshall as Prize

*Ans^r*  Six Months

*Quest* 2^d  by whom were you ship'd and where

*Ans^r*  by Cap^t Auger Lauga at Martinique

*Quest*  Who are the Owners of s^d Schooner and Cargo

*Ans^r*  All belongs to Mess^rs Lariviere and M^r Closel Subjects of the french King. One an Inhabitant of S^t Malo the Other of Martinico

his<br>Phelix  &times;  Ducamp<br>Mark

At A Court of Vice Admiralty held at Newport on Saturday the 11th Aug^t 1744 at 5 o Clock P. M.

Before the Hon^ble Leo: Lockman Esq^r Judge

The Libel Monition and Preparatory Exam^n were read.

Auger Lauga late Master of the Schooner Magdalene Preferr'd a Petition to the Judge

It Plainly Appears to me by the Preparatory Examinations and the Papers and Evidence in Court that the Schooner Magdalene with her Appurtenances and Cargo are the Property of the Subjects of the french King Enemys to our Sovreign Lord the King and therefore I condemn the same as lawfull Prize to the Captors and Owners to be divided as they among themselves have agreed and what goods cannot be divided to be sold by M^r William Mumford Marshall of this Court the Captors Paying Cost as the Law directs

Aug^t 11th 1744 <span style="float:right">Leonard Lockman</span>